UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE R. PERRY,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>TERRY WHITE; and DOW CONSTANTINE,<br><br>                    Defendant(s). | CASE NO. 2:22-cv-00477-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On April 26, 2022, Plaintiff moved for court-appointed counsel (Dkt. No. 8), which the Court denied without prejudice on June 3, 2022 (the "June 3 Order"). Dkt. No. 11.

(2) On June 10, Plaintiff filed a motion for leave to proceed on appeal *in forma pauperis* (the "IFP Appeal Motion"). Dkt. No. 12. The IFP Appeal Motion is currently before this Court.

(3) Later the same day, Plaintiff also filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Dkt. No. 13), appealing the June 3 Order.

(4) On June 13, the Clerk of the Ninth Circuit issued an order instructing Plaintiff to pay the filing and docketing fees for the appeal or to file a motion to proceed IFP, noting that the Clerk would serve a Form 4 financial affidavit on Plaintiff. Dkt. No. 15.

(5) On June 21, Plaintiff filed a Form 4 before this Court and the Ninth Circuit, containing additional details relevant to Plaintiff's request to proceed IFP on appeal as well as additional information relating to her claims that were not presented to this Court. Dkt. No. 16. The Court construes the filing of the Notice of Appeal and the Form 4 as meaning that Plaintiff now has filed a request to the Ninth Circuit to proceed IFP on appeal.

(6) Accordingly, to avoid confusion and potentially inconsistent rulings, the Court hereby STRIKES Plaintiff's IFP Appeal Motion (Dkt. No. 12), with leave to re-file as needed.

Dated this 23rd day of June 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk